| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:96CR00057 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:04CR-125-H |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Kim Alexander Miller 4000 Lomond Drive Louisville, KY 40216 | DISTRICT Southern District of Ohio | DIVISION Western |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Herman J. Weber United States District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM September 21, 2004 / TO September 20, 2007 |

OFFENSE
Passing a Forged U.S. Savings Bond, 18:501(a)(2)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/29/04
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Kentucky

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-10-04
Effective Date

[signature]
United States District Judge